UNITED STATES, Appellee

v

DERRELL D. SMITH, Private First Class,
U. S. Army, Appellant

19 USCMA 491, 42 CMR 93

*Colonel Daniel T. Ghent, Captain Bernard J. Casey,* and *Captain Libero Marinelli, Jr.,* were on the pleadings for Appellant, Accused.

*Colonel David T. Bryant, Major Edwin P. Wasinger, Captain William R. Steinmetz,* and *Captain M. M. O'Dowd, Jr.,* were on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

Evidence of an Article 15 disciplinary action for failing to obey an order to get a haircut was admissible against the appellant following his conviction for two aggravated assaults and carrying a concealed weapon, offenses occurring after August 1, 1969. United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970); United States v Wheat, 19 USCMA 491, 42 CMR 93 (1970). Accordingly, the decision of the Court of Military Review is affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970).